# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-02867-LTB-KLM

SOUND SURGICAL TECHNOLOGIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ALIVIA CORPORATION LTDA., a Colombian entity,

    Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 2 - filed January 25, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   January 26, 2012